DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHERYL KOSKI,**
Appellant,

v.

**GM VAN LINES, INC.,**
Appellee.

No. 4D2024-1609

[May 7, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. COCE23-090765.

Cheryl Koski, Knoxville, TN, pro se.

Vincent O'Brien and Alice E. Solomon of O'Brien & Solomon, LLP, Pembroke Pines, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979); *Morrison v. State*, 818 So. 2d 432, 446 (Fla. 2002) ("In order to preserve the issue for appellate review, a party must have made the same argument to the trial court that it raises on appeal.").

KLINGENSMITH, C.J., WARNER and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***